LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
SUSAN T. KUMAGAI (SBN 127667)
BRIAN H. CHUN (SBN 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:     (415) 357-4605

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

LAW OFFICES OF STEPHEN DANZ
STEPHEN DANZ (SBN 68318)
11661 San Vicente Blvd., Suite 500
Los Angeles, California 95816
Telephone:   (877) 789-9707
Facsimile:     (877) 789-9707

LAW OFFICES OF DOUGLAS E. JAFFE
DOUGLAS E. JAFFE (SBN 88758)
P.O. Box 160661
Sacramento, California 95816
Telephone:   (916) 381-2011
Facsimile:     (916) 920-0355

Attorneys for Plaintiff
LA CHANDRA MARZETTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CHANDRA MARZETTA,<br><br>          Plaintiff,<br><br>vs.<br><br>COMCAST, a Corporation and DOES 1-100,<br><br>          Defendants. | Case No. 2:13-CV-00598-GEB-DAD<br><br>**STIPULATED REQUEST TO EXTEND EXPERT DISCLOSURE DEADLINES AND [PROPOSED] ORDER** |

# **STIPULATION**

Plaintiff La Chandra Marzetta ("Plaintiff") and Defendant Comcast Cable Communications Management, LLC ("Defendant") (collectively, the "Parties") jointly submit this stipulated request to extend the parties' deadlines to serve Initial Expert Disclosures and Rebuttal Expert Disclosures:

WHEREAS on June 3, 2013, the Court issued a Status (Pretrial Scheduling) Order setting the following deadlines:

(1) Initial Expert Disclosures – November 15, 2013,

(2) Rebuttal Expert Disclosures – December 16, 2013

(3) Discovery Cutoff – April 2, 2014

(4) Last Date for Law and Motion Hearing – June 2, 2014

(5) Joint Pretrial Statement – July 28, 2014

(6) Final Pretrial Conference – August 4, 2014

(7) Trial – November 4, 2014

WHEREAS on November 14, 2013, the Court granted the parties stipulated request to continue the deadline to serve Initial Expert Disclosures to January 17, 2014 and the deadline to serve Rebuttal Expert Disclosures to February 17, 2014;

WHEREAS the Parties have propounded and responded to initial written discovery requests; and

WHEREAS the Parties are continuing to engage in settlement discussions and desire to avoid incurring additional expenses while such discussions are ongoing;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of records that the deadline to serve Initial Expert Disclosures be continued by two weeks to January 31, 2014 and the deadline to serve Rebuttal Expert Disclosures be continued by two weeks to March 3, 2014.

| | |
|---|---|
| DATED: January 17, 2014 | LAW OFFICES OF DOUGLAS E. JAFFE |
| | |
| | _/s/ Douglas E. Jaffe_ |
| | DOUGLAS E. JAFFE |
| | Attorneys for Plaintiff |
| | LA CHANDRA MARZETTA |
| | |
| DATED: January 17, 2014 | LAFAYETTE & KUMAGAI LLP |
| | |
| | _/s/ Brian H. Chun_ |
| | BRIAN H. CHUN |
| | Attorneys for Defendant |
| | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC |

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Douglas E. Jaffe, counsel for Plaintiff, for the filing of this Stipulated Request to Extend Expert Deadlines and [Proposed] Order.

  _/s/ Brian H. Chun_
  BRIAN H. CHUN

**ORDER**

Pursuant to the Parties' stipulation, it is hereby ORDERED:

1. That the deadline to serve Initial Expert Disclosures be continued by two weeks to January 31, 2014; and

2. That the deadline to serve Rebuttal Expert Disclosures be continued by two weeks to March 3, 2014.

Dated: January 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge