LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
SUSAN T. KUMAGAI (SBN 127667)
BRIAN H. CHUN (SBN 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC


LAW OFFICES OF STEPHEN DANZ
STEPHEN DANZ (SBN 68318)
11661 San Vicente Blvd., Suite 500
Los Angeles, California 95816
Telephone:   (877) 789-9707
Facsimile:    (877) 789-9707

LAW OFFICES OF DOUGLAS E. JAFFE
DOUGLAS E. JAFFE (SBN 88758)
P.O. Box 160661
Sacramento, California 95816
Telephone:   (916) 381-2011
Facsimile:    (916) 920-0355

Attorneys for Plaintiff
LA CHANDRA MARZETTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CHANDRA MARZETTA,<br><br>            Plaintiff,<br><br>vs.<br><br>COMCAST, a Corporation and DOES 1-100,<br><br>            Defendants. | Case No. 2:13-CV-00598-GEB-DAD<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANT'S REBUTTAL EXPERT DISCLOSURE DEADLINE AND [PROPOSED] ORDER** |

STIPULATED REQUEST TO EXTEND DEFENDANT'S REBUTTAL EXPERT DISCLOSURE DEADLINE AND [PROPOSED] ORDER
Case No. 2:13-CV-00598-GEB-DAD

1

# **STIPULATION**

Plaintiff La Chandra Marzetta ("Plaintiff") and Defendant Comcast Cable Communications Management, LLC ("Defendant") (collectively, the "Parties") jointly submit this stipulated request to extend Defendant's deadline to serve its Rebuttal Expert Disclosure:

WHEREAS on January 17, 2014, the Court granted the parties stipulated request to continue the deadline to serve Initial Expert Disclosures to January 31, 2014 and the deadline to serve Rebuttal Expert Disclosures to March 3, 2014; and

WHEREAS on January 31, 2014, Plaintiff served her Initial Expert Disclosure, which disclosed one retained expert but did not identify the subject matter of the proposed expert testimony or include an expert report;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of records that:

(1) Plaintiff shall serve Defendant with her expert's report by Friday, March 7, 2014;

(2) Plaintiff agrees to withdraw her expert if she does not serve Defendant with her expert's report by Friday, March 7, 2014; and

(3) Defendant's deadline to serve its Rebuttal Expert Disclosure is extended to April 7, 2014.


DATED:  February 28, 2014         LAW OFFICES OF DOUGLAS E. JAFFE

                                   /s/  Douglas E. Jaffe
                                  DOUGLAS E. JAFFE
                                  Attorneys for Plaintiff
                                  LA CHANDRA MARZETTA

DATED:  February 28, 2014         LAFAYETTE & KUMAGAI LLP

                                   /s/  Brian H. Chun
                                  BRIAN H. CHUN
                                  Attorneys for Defendant
                                  COMCAST CABLE COMMUNICATIONS
                                  MANAGEMENT, LLC

STIPULATED REQUEST TO EXTEND DEFENDANT'S REBUTTAL EXPERT DISCLOSURE DEADLINE AND [PROPOSED] ORDER
Case No. 2:13-CV-00598-GEB-DAD

2

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Douglas E. Jaffe, counsel for Plaintiff, for the filing of this Stipulated Request to Extend Defendant's Rebuttal Expert Disclosure Deadline and [Proposed] Order.

        /s/ Brian H. Chun
        BRIAN H. CHUN

**[PROPOSED] ORDER**

Good cause appearing therefor and pursuant to the Parties' stipulation, it is hereby ORDERED:

(1) Plaintiff shall serve Defendant with her expert's report by Friday, March 7, 2014;

(2) Plaintiff's expert will be considered withdrawn if Plaintiff does not serve Defendant with her expert's report by Friday, March 7, 2014; and

(3) Defendant's deadline to serve its Rebuttal Expert Disclosure is extended to April 7, 2014.

IT IS SO ORDERED.

Dated: February 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATED REQUEST TO EXTEND DEFENDANT'S REBUTTAL EXPERT DISCLOSURE DEADLINE AND [PROPOSED] ORDER
Case No. 2:13-CV-00598-GEB-DAD

3