LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
SUSAN T. KUMAGAI (SBN 127667)
BRIAN H. CHUN (SBN 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC


LAW OFFICES OF STEPHEN DANZ
STEPHEN DANZ (SBN 68318)
11661 San Vicente Blvd., Suite 500
Los Angeles, California 95816
Telephone:    (877) 789-9707
Facsimile:    (877) 789-9707

LAW OFFICES OF DOUGLAS E. JAFFE
DOUGLAS E. JAFFE (SBN 88758)
P.O. Box 160661
Sacramento, California 95816
Telephone:    (916) 381-2011
Facsimile:    (916) 920-0355

Attorneys for Plaintiff
LA CHANDRA MARZETTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| LA CHANDRA MARZETTA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMCAST, a Corporation and DOES 1-100,<br><br>　　　　Defendants. | Case No. 2:13-CV-00598-GEB-DAD<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANT'S REBUTTAL EXPERT DISCLOSURE DEADLINE AND [PROPOSED] ORDER** |

STIPULATED REQUEST TO EXTEND DEFENDANT'S REBUTTAL EXPERT
DISCLOSURE DEADLINE AND [PROPOSED] ORDER
Case No. 2:13-CV-00598-GEB-DAD

1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**STIPULATION**

Plaintiff La Chandra Marzetta ("Plaintiff") and Defendant Comcast Cable Communications Management, LLC ("Defendant") (collectively, the "Parties") jointly submit this stipulated request to extend Defendant's deadline to serve its Rebuttal Expert Disclosure:

WHEREAS on January 31, 2014, Plaintiff served her Initial Expert Disclosure, which disclosed one retained expert;

WHEREAS on March 7, 2014, Plaintiff served Defendant with her retained expert's expert report;

WHEREAS Defendant's deadline to serve its Rebuttal Expert Disclosure is April 7, 2014;

WHEREAS Defendant's rebuttal expert's research assistant is currently on vacation and will not return until March 28, 2014; and

WHEREAS Defendant's rebuttal expert will be on vacation from March 29, 2014 to April 6, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of records that Defendant's deadline to serve its Rebuttal Expert Disclosure be extended to April 21, 2014.


DATED:  March 20, 2014                          LAW OFFICES OF DOUGLAS E. JAFFE


                                                 */s/  Douglas E. Jaffe*
                                                DOUGLAS E. JAFFE
                                                Attorneys for Plaintiff
                                                LA CHANDRA MARZETTA


DATED:  March 20, 2014                          LAFAYETTE & KUMAGAI LLP


                                                 */s/  Brian H. Chun*
                                                BRIAN H. CHUN
                                                Attorneys for Defendant
                                                COMCAST CABLE COMMUNICATIONS
                                                MANAGEMENT, LLC

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATED REQUEST TO EXTEND DEFENDANT'S REBUTTAL EXPERT
DISCLOSURE DEADLINE AND [PROPOSED] ORDER
Case No. 2:13-CV-00598-GEB-DAD

1

**SIGNATURE ATTESTATION**

2          I hereby attest that I have obtained the concurrence of Douglas E. Jaffe, counsel for

3    Plaintiff, for the filing of this Stipulated Request to Extend Defendant's Rebuttal Expert

4    Disclosure Deadline and [Proposed] Order.

                              */s/ Brian H. Chun*
5                             BRIAN H. CHUN

6

7                             **[PROPOSED] ORDER**

8          Pursuant to the Parties' stipulation, it is hereby ORDERED that Defendant's deadline to

9    serve its Rebuttal Expert Disclosure is extended to April 21, 2014.

10   Dated:  March 21, 2014

11

12

13   GARLAND E. BURRELL, JR.
     Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605